IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ARSENIO BUCKLEY                                                                                         PLAINTIFF

v.                                         Case No. 6:24-cv-6065

JAILER ZACH MARSHALL, *et al*.                                                      DEFENDANTS

### ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 12. Upon preservice screening of Plaintiff's Complaint (ECF No. 1) pursuant to 28 U.S.C. § 1915A(a), Judge Comstock recommends that Plaintiff's claims be dismissed for failing to state a claim upon which relief may be granted. Judge Comstock further recommends that a 28 U.S.C. § 1915(g) strike flag be placed on this case for future judicial consideration and that the Court certify pursuant to § 1915(a)(3) that any appeal of this dismissal would not be taken in good faith. Plaintiff has not filed an objection, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, finding no error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the R&R (ECF No. 12) *in toto*. Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to place a strike flag on this case pursuant to 28 U.S.C. § 1915(g). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this dismissal would not be taken in good faith.

**IT IS SO ORDERED**, this 27th day of August, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge